**Opinion issued August 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00331-CV

————————————

**ELIZABETH THOMAS, JAMES ALLEN, ALLAN HAYE, ROBERT THOMAS, AND JAMES ANDERSEN, Appellants**

**V.**

**PCF PROPERTIES IN TX, LLC, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-35780**

---

## MEMORANDUM OPINION

Appellants, James Allen and Robert Thomas, have filed notices of appeal from the trial court's April 19, 2023 summary-judgment order.[1]  On April 29, 2024,

---

[1]  Appellants, Elizabeth Thomas, Allan Haye, and James Andersen, also filed notices of appeal from the trial court's April 19, 2023 summary-judgment order.  On April

Allen and Thomas filed a motion to dismiss their appeal, stating that they "move[d] to voluntarily dismiss their appeal pursuant to [Texas] Rule [of Appellate Procedure] 42.1" because "they no longer wish[ed] for it to be heard." *See* TEX. R. APP. P. 42.1(a)(1).

No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Allen and Thomas's motion does not include a certificate of conference stating that they conferred, or made a reasonable attempt to confer, with appellee, PCF Properties in TX, LLC, regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, PCF Properties in TX, LLC, filed a response to Allen and Thomas's motion to dismiss.

Accordingly, the Court grants Allen and Thomas's motion and dismisses their appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.

---

25, 2024, this Court dismissed the appeals of Thomas, Haye, and Andersen for want of prosecution. *See* TEX. R. APP. P. 42.3(b).